425 A.2d 747

**In re ADOPTION of R. J. L.**

**Appeal of L. L.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1981.

Decided Feb. 27, 1981.

Angus R. Love, Joseph P. Green, Jr., Norristown, for appellant.

Stephen R. Signore, Jr., Norristown, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Decree of the Court of Common Pleas of Montgomery County is affirmed.